December 13, 1966

Altieri *v.* Altieri, Appellant.

Submitted November 14, 1966.  *Ronald Altieri,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.